# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**EARL OGDEN,**

    Petitioner,

vs.                                    Case No. 5:16cv42-LC/CAS

**JULIE JONES, Secretary,**
**Department of Corrections,**

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In a Report and Recommendation entered March 25, 2015, a recommendation was made that this case be dismissed for Plaintiff's failure to either pay the $5.00 filing fee or, alternatively, fie a motion to proceed in forma pauperis by March 16, 2016. ECF No. 3. However, because the Petitioner had filed a Motion for Extension of Time on March 21, 2016, ECF No. 5, that was not entered on the docket until March 28, 2016, an order was entered vacating the Report and Recommendation, ECF No. 4, and Plaintiff was given until April 15, 2016, to either pay the $5.00 fee or submit his motion

to proceed in forma pauperis. To date, no response has been received from the Petitioner.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Petitioner has failed to comply with an order or to prosecute this case, this petition should now be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for this failure to respond. Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on April 26, 2016.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**