IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARL OGDEN,

    Petitioner,

vs.                              Case No. 5:16cv42-LC/CAS

JULIE JONES, Secretary,
Department of Corrections,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 26, 2016. ECF No. 7. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The Petitioner's Petition for Writ of Habeas Corpus is hereby **DISMISSED without prejudice.**

**DONE AND ORDERED** this 14th day of June, 2016.

        *s/L.A. Collier*
        **LACEY COLLIER**
        **Senior United States District Judge**